UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-20928-CR-Ungaro(s)

UNITED STATES OF AMERICA

v.

EFREN MENDEZ,

    Defendant.

### GOVERNMENT'S MOTION FOR SENTENCE REDUCTION

The United States respectfully moves this Court, pursuant to Federal Rule of Criminal Procedure 35(b), to reduce the defendant's sentence to reflect the defendant's substantial assistance in the prosecution of others. However, the government requests that the Court defer ruling on this motion until Mendez's cooperation is complete. In support of this motion, the government states as follows:

1. The defendant was convicted by plea of conspiracy to commit health care fraud, in violation of 18 U.S.C. § 1349.

2. On June 27, 2010, this Court sentenced the defendant to 78 months' imprisonment.

3. Since the time of sentencing, the defendant has assisted the government in the prosecution of others, leading to the arrest of a fugitive.

4. Mendez is still cooperating with the government and his cooperation may be necessary at a trial or in other proceedings in a pending case.

5. The government requests, in accordance with *United States v. Orozco*, 160 F.3d 1309 (11th Cir. 1998), that the Court defer ruling on the government's motion until after Guerra's cooperation is complete so as to permit the Court to consider all of Guerra's assistance to the government in determining whether and by how much to reduce his sentence.

6. The government will promptly notify the Court when Guerra's cooperation is complete.

WHEREFORE, the government respectfully moves this Court to reduce the defendant's sentence, but requests that the Court defer ruling on this motion until Guerra's cooperation is complete.

        Respectfully submitted,

        WIFREDO A. FERRER
        UNITED STATES ATTORNEY

By:   s/ Marc Osborne
        Assistant United States Attorney
        Court ID# A5500796
        99 NE 4th Street
        Miami, Florida 33132-2111
        Tel: (305) 961-9198
        Fax: (305) 530-6168
        marc.osborne@usdoj.gov

CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on Monday, May 30, 2011, I will electronically file the foregoing with the Clerk of the Court using CM/ECF.

<u>s/ Marc Osborne</u>
Assistant United States Attorney
